2197-1

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| JAMES CAREY, | ) | | |
| Plaintiff, | ) | No. 1:20-cv-02902 | |
| v. | ) | | |
| | ) | Honorable Joan B. Gottschall | |
| STATEBRIDGE COMPANY, LLC, | ) | | |
| | ) | Honorable Jeffrey Cummings, | |
| Defendant. | ) | Magistrate Judge | |

## JUDGMENT ORDER

It is hereby ordered that judgment is entered in favor of Plaintiff, James Carey and against Defendant, Statebridge Company, LLC in the total sum of Three Thousand Seven Hundred Ten Dollars and Zero Cents ($3,710.00) inclusive of attorney's fees and costs.

DATED: August 24, 2020     ENTER:    /s/
                                                JUDGE GOTTSCHALL